**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-60172

Summary Calendar

CLIFTON DAVIS,

Plaintiff-Appellant,

VERSUS

YAZOO COUNTY WELFARE DEPARTMENT,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Missippi

(W88-0055(W))

October 29, 1996

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Clifton Davis contends that the district court failed to address the issue of pretext in his Title VII action under 42 U.S.C. § 2000e-2 as amended.

We do not reach the merits of his appeal, as it was not timely

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

filed.  The parties do not dispute that the district court filed its judgment on November 8, 1994, and a supplemental judgment on January 30, 1996.  The appellant did not file his appeal until March 4, 1996.  Pursuant to Fed.R.App.P. 4(a)(1), we lack jurisdiction to hear this appeal.  Accordingly, the appeal is DISMISSED as untimely.